Jerry O'NEIL; et al., Plaintiffs–
Appellants,

v.

STATE BAR OF MONTANA; et
al., Defendants–Appellees.

No. 09–35928.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Nov. 1, 2009.

Jerry O'Neil, Columbia Falls, MT, pro
se.

Dennis Woldstad, Trego, MT, pro se.

Melinda Woldstad, Trego, MT, pro se.

Michael McBroom, Olney, MT, pro se.

Gordon Sellner, Deer Lodge, MT, pro
se.

Kimberly S. More, Crowley Fleck, Don-
ald R. Murray, Jr., Hash, O'Brien, Biby &
Murray, PLLP, Kalispell, MT, Jere Stuart
Segrest, Assistant Attorney General, Chris
D. Tweeten, Montana Attorney General,
Helena, MT, for Defendants–Appellees.

Before: O'SCANNLAIN, LEAVY, and
TALLMAN, Circuit Judges.

MEMORANDUM **

Jerry O'Neil and others appeal pro se
from the district court's judgment dismiss-
ing their action challenging a judgment of
the Montana Supreme Court affirming a
state court determination that O'Neil has
engaged in the unauthorized practice of
law. We have jurisdiction under 28 U.S.C.
§ 1291. We review de novo. *Noel v.
Hall,* 341 F.3d 1148, 1154 (9th Cir.2003).
We affirm.

The district court properly concluded
that the *Rooker–Feldman* doctrine barred
the action as to the claims made by plain-
tiff O'Neil because it constitutes a "de

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

facto appeal" of a state court decision, and raises additional claims that are "inextricably intertwined" with the prior state court decision. *Reusser v. Wachovia Bank, N.A.,* 525 F.3d 855, 859 (9th Cir.2008) (a federal action is barred if adjudication of the federal claims would undermine the state ruling or require the district court to review the application of state laws or procedural rules).

The district court properly concluded that the remaining plaintiffs failed to state a claim. *See Long v. County of Los Angeles,* 442 F.3d 1178, 1185 (9th Cir.2006) (to state a claim under section 1983, a plaintiff must allege that a right secured by the Constitution or laws of the United States was violated).

Appellants' remaining contentions are unpersuasive.

**AFFIRMED.**